```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
LEXI NEGIN, Jr., #250376
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

ATTORNEY FOR DEFENDANT
PHU TRAN THEIN NGUYEN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | CR.S. 10-111-JAM |
|                             ) | |
|           Plaintiff,        ) | **SUBSTITUTION OF ATTORNEY** |
|                             ) | |
|     V.                      ) | |
|                             ) | |
| PHU TRAN THEIN NGUYEN,       ) | |
|                             ) | |
|           Defendant.        ) | |
|                             ) | |

It is respectfully requested that ROBERT M. HOLLEY, be relieved as retained counsel of record, and that Federal Defender's Office be appointed and LEXI NEGIN, Assistant Federal Defender, Office of the Federal Defender, 801 I Street, 3rd Floor, Sacramento, California 95814, (916) 498-5700, be substituted in as appointed counsel in the above-entitled case.

Dated:  NOVEMBER 7, 2012

                                          Respectfully submitted,

                                          DANIEL J. BRODERICK
                                          Federal Defender

                                          /s/ Lexi Negin

                                          _____
                                          LEXI NEGIN
                                          Assistant Federal Defender
                                          Attorney for Defendant
                                          PHU TRAN THEIN NGUYEN

I accept the substitution and ask to be relieved.

DATED:  November 7, 2012                /s/ Robert M. Holley

---
ROBERT M. HOLLEY
Attorney at Law

I consent to the substitution.

DATED:  November 7, 2012
                                        /s/ Phu Nguyen

---
PHU TRAN THEN NGUYEN
Defendant

**O R D E R**

IT IS SO ORDERED.

DATED: 11/7/2012

_____          /s/ John A. Mendez
                                        JOHN A. MENDEZ
                                        United States District Court Judge

2