```
JOSEPH SCHLESINGER, Bar #87692
Acting Federal Defender
Lexi Negin, Bar #250376
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
PHU THEIN NGUYEN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR-S-10-111 JAM |
| Plaintiff, | ) ) ) | **STIPULATION AND ORDER TO CONTINUE STATUS HEARING** |
| v. | ) ) | |
| PHU THEIN NGUYEN, | ) ) ) | Date:  June 25, 2013<br>Time:  9:45 a.m.<br>Judge: John A. Mendez |
| Defendant. | ) ) | |

It is hereby stipulated and agreed to between the United States of America through Justin Lee, Assistant U.S. Attorney, and defendant, PHU THEIN NGUYEN by and through his counsel, Lexi Negin, Assistant Federal Defender, that the status conference set for Tuesday, April 9, 2013, be continued to Tuesday, June 25, 2013, at 9:45 a.m.

The reason for this continuance is because defendant has a pending state court matter of which we are waiting to conclude.

/ / /

/ / /

/ / /

/ / /

DATED: April 3, 2013

                                                Respectfully submitted,

JOSEPH SCHLESINGER
Acting Federal Defender

By:
  */s/ Lexi Negin*
LEXI NEGIN
Assistant Federal Defender
Attorney for Defendant


PHU THEIN NGUYEN

BENJAMIN B. WAGNER
United States Attorney

By:
  */s/ Lexi Negin*
JUSTIN LEE
Assistant U.S. Attorney
Attorney for the United States

## **O R D E R**

    Based on the reasons set forth in the stipulation of the parties filed on April 3, 2013, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety. IT IS HEREBY ORDERED that the status conference currently scheduled for Tuesday, April 9, 2013, be vacated and that the case be set for Tuesday, June 25, 2013, at 9:45 a.m.

DATED: April 3, 2013

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge

2